IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **MICHAEL DARREN COLLINS,** ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> **WARDEN JACKSON, et al.,** ) </br> ) </br> Defendants. ) | CIVIL ACTION NO. </br> 2:21cv458-MHT </br> (WO) |

ORDER

It is ORDERED that plaintiff Michael Darren Collins's motion for a temporary restraining order (Doc. 8) is denied. This case is referred back to the United States Magistrate Judge for further appropriate proceedings.

DONE, this the 23rd day of July, 2021.

                     /s/ Myron H. Thompson
                     **UNITED STATES DISTRICT JUDGE**