IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MICHAEL DARREN COLLINS,  )<br>                              )<br>     Plaintiff,             )<br>                              )<br>     v.                       )<br>                              )<br>WARDEN JACKSON, et al.,  )<br>                              )<br>     Defendants.            ) | CIVIL ACTION NO.<br>  2:21cv458-MHT<br>       (WO) |

OPINION AND ORDER

Plaintiff, an inmate, filed a motion for preliminary injunction seeking relief on his claims that he has been subjected to excessive heat and provided inadequate sustenance at the Elmore County Jail. This case is before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion for preliminary injunction be denied. There are no objections to the recommendation. Upon an independent and de novo review of the record, the court concludes that the recommendation should be adopted.

Accordingly, it is ORDERED that:

(1) The recommendation of the United States Magistrate Judge (Doc. 6) is adopted.

(2) The motion for preliminary injunction (Doc. 1) is denied.

It is further ORDERED that this case is referred back to the magistrate judge for further proceedings.

DONE, this the 30th day of August, 2021.

                                        /s/ Myron H. Thompson  
                                    **UNITED STATES DISTRICT JUDGE**