IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MICHAEL DARREN COLLINS,    )
                           )
    Plaintiff,             )
                           )       CIVIL ACTION NO.
    v.                     )         2:21cv458-MHT
                           )              (WO)
WARDEN JACKSON, et al.,    )
                           )
    Defendants.            )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate in the Elmore County Jail, filed this lawsuit contending that he has suffered from unconstitutional conditions of confinement, including excessive heat and inadequate sustenance.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed fro failure to prosecute and obey a court order.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 17th day of September, 2021.

                                       /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**