IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MICHAEL DARREN COLLINS,     )
                            )
     Plaintiff,             )
                            )     CIVIL ACTION NO.
     v.                     )       2:21cv458-MHT
                            )           (WO)
WARDEN JACKSON, et al.,     )
                            )
     Defendants.            )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 12) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to prosecute and obey a court order.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil

**Procedure.**

   **DONE,** this the 17th day of September, 2021.

                              /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**